# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SANDRA HAUGHTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **8:05CV43** |
| | ) | |
| **OMAHA PUBLIC SCHOOL** | ) | **ORDER TO SHOW CAUSE** |
| **DISTRICT,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| ──────────────────────── | ) | |

This case is before the magistrate judge for full pretrial supervision.  The court file shows that, on June 14, 2005, the parties were sent scheduling materials and were directed to file a Rule 26(f) planning report by August 1, 2004.  The parties have not requested an extension of time and, as of August 15, 2004, the report has not been filed.

**IT THEREFORE IS ORDERED** that plaintiff's counsel shall file the required Rule 26(f) planning report by the close of business on **Monday, August 22, 2005**, or show cause **by written affidavit** why the parties cannot comply with the court's deadline.

**DATED August 15, 2005.**

> **BY THE COURT:**
>
> **s/ F.A. Gossett**
> **United States Magistrate Judge**