IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SANDRA HAUGHTON,                    )        Case Number:  8:05CV43
                                   )
            Plaintiff,             )
                                   )
      v.                           )        REASSIGNMENT ORDER
                                   )
OMAHA PUBLIC SCHOOL                )
DISTRICT,                          )
                                   )
            Defendant.             )

        The Clerk's office has not received a Consent to Exercise of Jurisdiction by

United States Magistrate Judge form signed by all parties.  Accordingly,

        IT IS ORDERED that this case is reassigned to Senior Judge Lyle E. Strom  for

disposition and to Magistrate Judge Thomas D. Thalken for judicial supervision and

processing of all pretrial matters.

        DATED this 18th day of August, 2005..

                            BY THE COURT:


                            s/ Joseph F. Bataillon, Chief Judge
                            United States District Court