## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SANDRA HAUGHTON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV43 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| OMAHA PUBLIC SCHOOL DISTRICT, | ) | |
| A Political Subdivision, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Sheri E. Long Cotton to withdraw as counsel for the plaintiff (Filing No. 22). Ms. Cotton states she has relocated out of the state and is employed in Texas. However, no new counsel has made an appearance for the plaintiff. The certificate of service for the motion does not reflect whether it was served on the plaintiff. Accordingly,

**IT IS ORDERED:**

1.      The motion filed by Sheri E. Long Cotton to withdraw as counsel for the plaintiff (Filing No. 22) is held in abeyance.

2.      The plaintiff shall have to **on or before June 9, 2006**, to respond to the motion to withdraw by filing a brief in opposition to the motion with the Clerk of Court. If no response is received or if substitute counsel has entered an appearance by that date, the motion to withdraw will be granted. If the motion to withdraw is granted and substitute counsel has not entered an appearance, the plaintiff will be considered proceeding *pro se* and counsel for the defendant may communicate with the plaintiff directly regarding this case.

3.      The pretrial conference and trial are cancelled and will be rescheduled in conference with counsel for the parties at a later date.

4.      The Clerk of Court shall mail a copy of this order and Ms. Cotton's motion (Filing No. 22) to the plaintiff:

Sandra Haughton
4809 Birchwood Drive
Midland, Michigan 48642

DATED this 8th day of May, 2006.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge