IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
SANDRA HAUGHTON,               )
                               )
          Plaintiff,           )        8:05CV43
                               )
     v.                        )
                               )
OMAHA PUBLIC SCHOOL DISTRICT,  )        ORDER
a political subdivision,       )
                               )
          Defendant.           )
_____)
```

This matter is before the Court on defendant's motion to compel (Filing No. 18); motion to withdraw as counsel for plaintiff filed by Sheri Long Cotton (Filing No. 22); plaintiff's motion to extend time to respond to discovery (Filing No. 23); and defendant's motion to extend progression order (Filing No. 25). Accordingly,

IT IS ORDERED:

1) Defendant's motion to compel is denied without prejudice.

2) The motion to withdraw as counsel filed by Sheri Long Cotton is granted.

3) Plaintiff's motion to extend time to respond to discovery is granted. Any response shall be in accordance with the second amended progression order.

4) Defendant's motion to extend progression order is granted; a second amended progression order will be entered.

DATED this 24th day of May, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court