IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SANDRA HAUGHTON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV43 |
| | ) | |
| v. | ) | |
| | ) | |
| OMAHA PUBLIC SCHOOL DISTRICT, | ) | ORDER |
| a political subdivision, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

     This matter is before the Court on plaintiff's motion to supplement and amend the complaint (Filing No. 30). Plaintiff filed a single-count complaint against the defendant on February 1, 2005, seeking damages under the Age Discrimination Act of 1975, as amended. Plaintiff now seeks to amend her complaint to add a retaliation claim.[1] Defendant does not oppose plaintiff's motion to supplement and amend, but requests that the Court (1) schedule a planning conference and extend progression of the case; (2) limit the deadlines in the new progression order, as practicable, to the retaliation claim; and (3) only extend those deadlines in the Second Final Amended Progression order that have not yet lapsed so that plaintiff cannot use the amended complaint as a means to evade those deadlines in the Second Final Amended Progression Order that have already passed.

     Having reviewed the parties' briefs, the Court finds that plaintiff's motion to supplement and amend the complaint

---

[1] Plaintiff filed a charge of retaliation with the Equal Opportunity Employment Commission on August 13, 2004, and was issued a Right to Sue letter on March 21, 2006 (Filing No. 30, Attach. 3).

should be granted.  The Court will hold another scheduling conference and will address defendant's concerns regarding limiting the deadlines at that time.  Accordingly,

IT IS ORDERED:

1)  Plaintiff's motion to supplement and amend the complaint (Filing No. 30) is granted.  Plaintiff shall have until July 17, 2006, to file her amended complaint.

2)  Defendant shall have until August 7, 2006, to respond to the amended complaint.

3)  A scheduling conference will be held on:

**Friday, August 11, 2006, at 8:15 a.m.**

The parties may participate by telephone by notifying Judge Strom's office.

DATED this 6th day of July, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court