IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | |
|---|---|
| SANDRA HAUGHTON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OMAHA PUBLIC SCHOOL DISTRICT, ) <br> a political subdivision, ) <br> ) <br> Defendant. ) <br> _____) | 8:05CV43 <br><br><br><br><br> ORDER |

This matter is before the Court on plaintiff's motion to extend time to file a brief in response to defendant's motion for summary judgment (Filing No. 46). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted. She shall have until February 9, 2007, to respond to defendant's motion for summary judgment.

DATED this 5th day of February, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court